**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LEE BURGESS, | ) | |
| Petitioner, | ) ) | No. C 07-02176 JW (PR) |
| vs. | ) ) | ORDER TO CLOSE FILE |
| B. CURRY, Warden, et al., | ) ) | |
| Respondent(s). | ) ) ) | |

    Petitioner, a prisoner at the Correctional Training Facility in Soledad, California, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on April 19, 2007. After reviewing the complaint, the court has determined that it is identical to the one filed on December 4, 2006, case number CV 06-07410 JW (PR) by the same petitioner.

    The clerk shall administratively close case number CV 07-02176 JW (PR) and terminate all pending motions as MOOT. Petitioner's cause of action will proceed as case number CV 06-07410 JW (PR).

DATED:  July 6, 2007

*James Ware*
JAMES WARE
United States District Judge

Order to Close File
N:\Pro - Se\7.2.2007\07-2176 Burgess02176_close file.wpd